UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANNY PAUL BIBLE, | § | |
| Petitioner, | § | |
| VS. | § | MISCELLANEOUS ACTION NO. H-12-84 |
| RICK THALER, | § | |
| Respondent. | § | |

## ORDER

The motion for appointment of counsel under 21 U.S.C. SEC. 858(q)(4)(B) is hereby Granted.

SIGNED at Houston, Texas this 16th day of February, 2012.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1